```
                 IN THE UNITED STATES DISTRICT COURT

                      FOR THE DISTRICT OF OREGON

NORMAN AGUILAR,                                   CV. 06-1003-MO

            Petitioner,                    ORDER TO DISMISS

      v.

CHARLES DANIELS,

            Respondent.

MOSMAN, District Judge.
```

Petitioner moves to voluntarily dismiss this 28 U.S.C. § 2241 habeas corpus action. Petitioner's Motion to Voluntarily Dismiss (#17) is GRANTED.

IT IS SO ORDERED.

DATED this   9th    day of January, 2007.

                              /s/ Michael W Mosman
                              Michael W. Mosman
                              United States District Judge

1 - ORDER TO DISMISS